# Exhibit 4



**PREPAID**
P.O. Box 8488
Gray, TN 37615-8488

March 3, 2021

*************AUTO**SCH 5-DIGIT 21205
YAGOUB M MOHAMED
5920 SCHERING RD
BALTIMORE, MD 21206-4046

## IMPORTANT NOTICE ABOUT YOUR PREPAID DEBIT CARD
## FOR STATE UNEMPLOYMENT BENEFITS OR OTHER BENEFITS/PAYMENTS

This notice is provided to you as the named account holder for a prepaid debit card issued by Bank of America, N.A. ("we" or "us") on behalf of your state's agency responsible for unemployment benefits or other benefits/payments.

It was determined previously that there may have been irregular, unauthorized, or unlawful activities on your card account. As a result, and in accordance with the card account agreement, a freeze (or hold) was placed on your card account. When the freeze was in place, you were not able to use the card or access any benefits on the card.

We are pleased to inform you that we have removed the card account freeze, and your card is now active again. As a result, your card is available to be used in accordance with the terms of the card account agreement and state agency guidelines.

[If you remain eligible for benefit payments and you want to receive future benefit payments in your card account, you may need to contact your state's agency responsible for the benefit program.]

Since your card account is no longer frozen, it is important that you safeguard your card and your PIN so that you protect any benefits that are on your card.

Should you require further information regarding this notice or the status of your account, you may contact our Service Center by calling 1.866.213.4074, 1.866.656.5913 TTY, or 423.262.1650 (collect, when calling outside the U.S.), or by writing to us at: Bank of America, P.O. Box 8488, Gray, TN 37615-8488. You may also contact your state's agency responsible for the benefit program.

BANK OF AMERICA, N.A.