UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| YAGOUB M. MOHAMED, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil Action No.: 1:21-cv-01283-CCB |

## ORDER

UPON CONSIDERATION of the foregoing, it is hereby ORDERED, that the Motion to Withdraw Kathleen P. Hyland as counsel for the Plaintiff is GRANTED.

_____
The Honorable Catherine C. Blake