IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YAGOUB M. MOHAMED, *Individually and on behalf of all others similarly situated*<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.* | Civil Action No. CCB-21-1283 |

## ORDER

For the reasons stated in the accompanying memo, it is hereby **Ordered** that Bank of America, N.A.'s motion to dismiss (ECF 18-1) is granted as follows:

1. The motion is **Granted** as to count I, which is **Dismissed**;

2. Counts II, III, IV, V, and VI are **Dismissed** without prejudice because the court declines to exercise supplemental jurisdiction;

3. The Clerk shall **Send** a copy of this Order and the accompanying Memorandum to counsel of record; and

4. The Clerk shall **Close** this case.

_8/11/22_  
Date

_CCB_  
Catherine C. Blake  
United States District Judge