IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YAGOUB M. MOHAMED, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

Civil No. 21-1283-BAH

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 18th day of March, 2025, ORDERED that:

Defendant's motion to dismiss, ECF 54, is GRANTED in part and DENIED in part.

/s/
Brendan A. Hurson
United States District Judge